UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JENNIFER JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02524 JWS |
| | ) | |
| vs. | ) | ORDER FROM CHAMBERS |
| | ) | |
| TOWN OF QUARTZSITE, | ) | |
| | ) | |
| Defendant. | ) | |

At docket 4, defendant moves to dismiss plaintiff's complaint. The time for a response has come and gone. Plaintiff Jones has not filed a response. Upon examination the motion at docket 4 appears to have merit. Accordingly, the motion at docket 4 is **GRANTED**. The Clerk will please enter judgment that plaintiff take nothing.

DATED this 25th day of January 2011.


/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE