# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Jones, | **JUDGMENT OF DISMISSAL** |
| Plaintiff, | **IN A CIVIL CASE** |
| v. | CV 10-2524-PHX-JWS |
| Town of Quartzsite, | |
| Defendant(s). | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated January 26, 2011, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

RICHARD H. WEARE
District Court Executive/Clerk

January 26, 2011

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)